### Savo *v.* Savo, Appellant.

Argued November 15, 1973. *Milton D. Rosenberg,* with him *W. Bryan Pizzi, II,* and *Bloom, Bloom, Rosenberg and Bloom,* for appellant; *Sanford S. Finder,* for appellee.

OPINION PER CURIAM: In this divorce appeal by the wife, the master recommended a decree in favor of the husband. SWEET, P. J., of the court below voted to uphold the master. GLADDEN, J., filed a dissenting opinion.

The record is remanded for further proceedings before a three judge court.

SPAULDING, J., absent.